UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00253-FDW-DSC

| | |
|---|---|
| TAMMY A. WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, )<br>Deputy Commissioner for Operations, )<br>performing the duties and function )<br>not reserved to the Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant's Consent Motion to Remand to Social Security Administration (Doc. No. 11). Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative action. Plaintiff's attorney does not oppose the Defendant's Motion for Remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case for further action. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: March 21, 2018

Frank D. Whitney
Chief United States District Judge